NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYLVESTER THOMAS,**
*Petitioner-Appellant,*

v.

**DEBORAH MCCULLOCH, DIRECTOR, SAND RIDGE SECURE TREATMENT CENTER,**
*Respondent-Appellee.*

---

2012-1367

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 12-CV-0143, Senior Judge Barbara B. Crabb.

---

**ON MOTION**

---

Before LINN, DYK, and WALLACH, *Circuit Judges.*

PER CURIAM.

## ORDER

In light of Sylvester Thomas's response to this court's show cause order, we consider whether this appeal and the motion to proceed in forma pauperis should be trans-

SYLVESTER THOMAS v. DEBORAH MCCULLOCH, DIRECTOR         2

ferred to the United States Court of Appeals for the Seventh Circuit.

Thomas appeals from a decision of the United States District Court for the Western District of Wisconsin dismissing his petition for writ of habeus corpus. This is a court of limited jurisdiction. 28 U.S.C. § 1295. Because this case does not fall within our jurisdiction, the court will transfer the matter to the United States Court of Appeals for the Seventh Circuit.

Accordingly,

IT IS ORDERED THAT:

This appeal and the pending motion will be transferred to the United States Court of Appeals for the Seventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

OCT 1 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gregory M. Weber, Esq.
     Sylvester Thomas

s24